Mid-City Trust and Savings Bank, appellant, v. Richard A. Dubin et al., defendants. Alex Schatzman, appellee. Gen. No. 38,531.

Opinion filed November 5, 1935.

Gustav E. Beerly, for appellant; John F. Diffendorffer, Jr., of counsel. David H. Feldman, for appellee.

Mr. Justice Sullivan delivered the opinion of the court.

George Holsman, appellee, v. Continental Illinois National Bank and Trust Company and Nellye Holsman, as executors or the last will and testament of Hyman Holsman, deceased, appellants. Gen. No. 38,532.

Opinion filed November 8, 1935.

James Rosenthal and Sidney Levy, for appellants; James J. Lawrence, of counsel. Darrow, Smith, Cronson & Smith, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Willard Bess, a minor, by Ernest R. Bess, his father and next friend, appellee, v. Curtis Publishing Company, appellant.

Charles T. Martin, as administrator of the estate of Roy D. Martin, deceased, appellee, v. Curtis Publishing Company, appellant. Gen. No. 38,079.

Opinion filed November 12, 1935.

Hamer & Campbell, for appellant; Chester D. Kern, of counsel. H. H. Patterson, for appellees; Edmund C. Maurer, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.